AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00169 |
| Wilmar Jeovanny Montano Alvarado | ) Assigned to: Judge G. Michael Harvey |
| | ) Assigned Date: 1/26/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Date of Birth: XXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

Code Section | Offense Description

18 USC 1752(a)(1), (2), and (4) - Restricted building or grounds
40 USC 5104(e)(2)(D), (E), and (F) - Violent entry or disorderly conduct
18 USC 231(a)(3) - Civil disorders
18 USC 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees
18 USC 1512(c)(2) & 2 - Obstruction of an official proceeding

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

David M. DeFilippis , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

G. Michael Harvey
2021.01.26 23:12:18 -05'00'

Date:   01/26/2021

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey,   U.S. MAGISTRATE JUDGE
*Printed name and title*